UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN L. RANKIN, | CASE NO. C17-636MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on the parties stipulated motion to modify the trial date and related deadlines (Dkt. No. 12). The Court has reviewed the motion and the motion is DENIED on this record. The dispositive motion deadline proposed by the parties does not allow the Court sufficient time for consideration of the motion before the trial date. The Court requires

ninety (90) days between the dispositive motion deadline and trial date. The Court will consider a renewed motion by the parties that cures the stated deficiency.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 18, 2017.

William M. McCool
Clerk of Court

s/Rhonda Miller
Deputy Clerk
