HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOHN L. RANKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 2:17-cv-00636 MJP<br><br>ORDER MODIFYING ORDER SETTING TRIAL DATE AND RELATED DEADLINES |

Based on the Stipulated Motion of the Plaintiff John L. Rankin, by and through his counsel of record, and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel of record, and this Court, upon consideration of the same, finds that good cause exists to grant the Stipulated Motion.

IT IS HEREBY ORDERED as follows:

1. The following deadlines set by this Court's Order Setting Trial Date and Related Dates dated September 6, 2017 [Docket Entry 11] are hereby continued as follows:

| Case Event | Former Deadline | New Deadline |
|---|---|---|
| Deadline for amending pleadings | October 16, 2017 | November 30, 2017 |
| Reports from expert witness under FRCP 26(a)(2) due | October 16, 2017 | November 30, 2017 |
| Motions related to discovery, filed and noted on the motion calendar no later than the third Friday thereafter | November 15, 2017 | January 1, 2018 |
| Discovery completed by | December 15, 2017 | January 29, 2018 |

[PROPOSED] ORDER MODIFYING ORDER SETTING TRIAL DATE AND RELATED DATES - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4823-1097-6335.1

| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | January 16, 2018 | February 13, 2018 |

      2.      Except as modified in Paragraph 1, above, all deadlines as set forth on the Court's Order Setting Trial Date and Related Dates [Docket 11] shall remain the same.

DATED this 20th day of September, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Heather M. Jensen*
Heather M. Jensen, WSBA # 29635
*/s/ Delian P. Deltchev*
Delian P. Deltchev, WSBA #36908
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020
Fax: (206) 436-2030
E-mail:  Heather.Jensen@lewisbrisbois.com
           Delian.Deltchev@lewisbrisbois.com
Attorneys for Defendant State Farm


**CORRIE YACKULIC LAW FIRM, PLLC**
*/s/ Corrie Yackulic*
Corrie Yackulic, WSBA No. 16063
705 Second Avenue, Suite 1300
Seattle, WA  98104
Telephone:  (206) 787-1915
Fax: (206) 299-9725
E-mail:  corrie@cjylaw.com
Attorney for Plaintiff

[PROPOSED] ORDER MODIFYING ORDER SETTING TRIAL DATE AND RELATED DATES - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4823-1097-6335.1

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I hereby certify that on September 19, 2017, I electronically filed the foregoing document |
| 3 | with the Clerk of the Court using the CM/ECF system, which will send notification of such filing |
| 4 | to all attorneys of record and provided service via electronic mail to: |
| 5 | Corrie J. Yackulic   corrie@cjylaw.com |

*s/ Silvia Webb*
Silvia Webb, Legal Secretary

[PROPOSED] ORDER MODIFYING ORDER SETTING TRIAL DATE AND RELATED DATES - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4823-1097-6335.1